226

For full opinion see 52 Oh Ap 15.

## GILLOGLY et v CAMPBELL et

Ohio Appeals, 5th Dist, Muskingum Co

Decided Nov 26, 1935

For full opinion see 52 Oh Ap 43.

## HARBINE v HARPER et

Ohio Appeals, 2nd Dist, Montgomery Co

No 1330. Decided Jan 24, 1936

Marcus Shoup, Xenia, for plaintiff in error.
George H. Smith, Xenia, for defendant in error.

C. A. Maxwell, Zanesville, for plaintiff.
John C. Bassett, Zanesville, for defendant trustee.